

FILED
AUG 13 2020
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020-06830                                                  DIVISION: C

**CHRISTOFF WILLIAMS**

**VERSUS**

**WALMART INC. AND ABC INSURANCE COMPANY**

**FILED:** _____             _____
                                                                   **DEPUTY CLERK**

**PETITION FOR DAMAGES AND REQUEST FOR NOTICE**

The petition of Christoff Williams ("Mr. Williams" or "Plaintiff"), an adult resident and domiciliary of the Parish of Orleans, respectfully represents:

1.

Made Defendants herein are:

a. **WALMART INC. ("Walmart")**, a foreign corporation authorized to do and doing business in the State of Louisiana; and

b. **ABC INSURANCE COMPANY ("ABC")**, an unknown insurance company providing liability insurance coverage to Walmart.

2.

At all times material hereto, Walmart owned, managed, and supervised the store of the Walmart Supercenter facility #912 ("Facility #912") located at 6000 Bullard Avenue, New Orleans, Louisiana.

3.

At all times material hereto, Plaintiff was a patron/guest/invitee of Facility #912.

4.

On August 14, 2019, Plaintiff, through no fault of his own, slipped and fell on and/or was caused to fall by a banana on the floor near the shelves in the seasonal school-supply aisle of Facility #912. This incident caused Plaintiff's damages and injuries as stated herein.

1

**EXHIBIT "A"**

5.

The incident and injuries were caused solely and proximately by the negligence and want of care of Defendants in the following non-exclusive particulars:

a. Failing to discover a dangerous condition on the floor near the shelves in the seasonal school-supply aisle of Facility #912;

b. Failing to correct an unreasonably dangerous condition on the floor near the shelves in the seasonal school-supply aisle of Facility #912;

c. Failing to supervise, manage, and/or keep floor near the shelves in the seasonal school-supply aisle of Facility #912 free of vices and/or defects;

d. Failing to exercise reasonable care in inspecting, cleaning, and/or maintaining the floor near the shelves in the seasonal school-supply aisle of Facility #912 where the incident occurred;

e. Any and all other elements of negligence, acts, and omissions to be proved at trial; and

f. Any and all other acts and/or omissions in violation of the laws of the State of Louisiana and local ordinances, all of which are pled herein as if copied *in extenso*.

6.

As a direct result of Defendants' negligence, acts, omissions, and want of care, Plaintiff suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, lost wages, and permanent disability, all of which warrant an award in his favor for general and special damages in an amount sufficient to permit trial by jury.

7.

At all times material hereto, ABC maintained in full force and effect a policy of general liability insurance providing coverage for vices and/or defects in the store of Facility #912. Whereunder, ABC obligates itself to compensate Plaintiff for damages he suffered as the result of the vice and/or defect in the premises.

8.

REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, Plaintiff hereby requests written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date. Plaintiff also requests notice of the signing of any final judgment, the rendition of any



interlocutory order or judgment, or of any order or judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

**WHEREFORE**, Christoff Williams, Plaintiff, prays that Defendants, Walmart Inc. and ABC Insurance Company, be served with this Petition, and that after due proceedings there be judgment casting Defendants jointly and solidarily liable unto Plaintiff for all general and specials damages, legal interest, all costs of these proceedings, and for all equitable relief.

Respectfully submitted,
**Damon J. Baldone & Associates, APLC**

*/s/ Sarah N. Chouest*

Damon J. Baldone (No. 21997)
Thomas E. Dunn (No. 5188)
Sarah N. Chouest (No. 37438)
162 New Orleans Boulevard
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
*Counsel for Plaintiff, Christoff Williams*

*PLEASE SERVE:*
Walmart Inc.
*Through their agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

*PLEASE HOLD SERVICE FOR:*

ABC INSURANCE COMPANY

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3